**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 FEB 22 PM 2: 13

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA    )
    )
v.    )    CASE NO.  6:18-CR-019
    )
SHELDON WILLIAMS,    )
    )
Defendant.    )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court is the Motion for Leave of Absence requested by Matthew K. Hube,

Attorney for the Defendant for March 15, 2019, April 25 & 26, 2019, May 17, 2019 and from

May 22, 2019 through June 1, 2019.  The motion is GRANTED.  Matthew K. Hube shall be

relieved from attending any hearing or trial on these dates but must make arrangements for

substitute counsel in the event the case is scheduled for a hearing or trial during such leave.


Date: February __22nd__ , 2019.


_____
UNITED STATES ~~DISTRICT COURT~~ Magistrate Judge
SOUTHERN DISTRICT OF GEORGIA


Order drafted by:
Matthew K. Hube
Attorney for Defendant
The Hube Law Firm, P.C.
14 Oak Street
Statesboro, GA 30458
(912) 764-2400