IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Criminal Action No: 6:18CR19
)
SHELDON WILLIAMS, )
)
    Defendant. )

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Matthew K. Hube, counsel for Defendant, for the dates of August 30, 2019; September 12, 2019 through September 13, 2019; October 3, 2019 through October 4, 2019; October 31, 2019 through November 1, 2019; November 8, 2019; and November 22, 2019. (Doc. 45.) After careful consideration said Motion is **GRANTED**.

**SO ORDERED**, this 22nd day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA